**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMA MARYANN MARGARET LOVETT,<br><br>        Petitioner,<br><br>    v.<br><br>DARAL ADAMS, WARDEN,<br><br>        Respondent. | NO. ED CV 18-2208-MWF(E)<br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 30, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE